IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **CORTEZ DEVONTE JONES,** )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>**BRANDON MACK, et al.,** )<br>)<br>    Defendants. ) | **CIVIL ACTION NO.**<br>**2:18cv1002-MHT**<br>**(WO)** |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit contending that he was subjected to excessive force by two of the defendant correctional officers and that the third defendant failed to protect him from the assault. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted only as to the claims against the defendants in their official capacities and that the motion be otherwise denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

Appropriate orders will be entered dismissing the official-capacity claims, and setting the remaining claims for a pretrial and trial.

DONE, this the 29th day of December, 2021.

                                       /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**