IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CORTEZ DEVONTE JONES,       )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )       2:18cv1002-MHT
                            )            (WO)
BRANDON MACK, et al.,       )
                            )
     Defendants.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 40) is adopted.

(2) Defendants' motion for summary judgment (Doc. 25) is granted as to plaintiff's claims against the defendants for damages in the official capacities, and is otherwise denied.

(3) Judgment is entered for defendants only on plaintiff's official-capacity claims for damages, with

plaintiff taking nothing by his complaint on those claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and will be set for pretrial and trial shortly.

DONE, this the 29th day of December, 2021.

                                               /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**